**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOSHUA D. FRANKLIN,**

      **Plaintiff,**

**v.**                                                                 **Case No. 4:26-cv-152-AW-MAF**

**JOSEPH D. FRANKLIN, III,**

      **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 4), to which there has been no timely objection, I now adopt the report and recommendation and incorporate it into this order. Plaintiff has not paid the filing fee, and he is a three-striker who has not alleged he faces imminent danger of physical injury.

Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) is DENIED. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will close the file.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge